UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANDUALEM GUMATAW FENTAW,

Petitioner,

v.

PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al..

Respondents.

Case No.: 26cv1965-LL-AHG

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241**

[ECF No. 1]

Before the Court is Petitioner Andualum Gumataw Fentaw's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1 ("Pet.")], alleging that his prolonged detention of about fourteen months without a bond hearing violates the Fifth Amendment's Due Process Clause. Pet. at 6–11.

Respondents filed a Response, in which they concede that in considering prior rulings by courts in this district finding that prolonged detention without a bond hearing violates due process, as well as Petitioner's length of detention, "this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of

/ / /

1

proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." ECF No. 4 at 2.

Accordingly, the Court **ORDERS** as follows:

1. Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**.[1]

2. Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge within **seven (7) days** of the date of this order.

    a. At the hearing, the government **SHALL BEAR** the burden of establishing by clear and convincing evidence that Petitioner would likely flee or pose a danger to the community if released.

    b. The immigration judge **SHALL** consider alternative conditions of release and Petitioner's ability to pay bond if he or she determines bond is appropriate. *Hernandez v. Sessions*, 872 F.3d 976, 990–91 (9th Cir. 2017).

    c. Respondents **SHALL** make a complete record of the bond hearing available to Petitioner and his counsel. *Martinez v. Clark*, 124 F.4th 775, 786 (9th Cir. 2024) (citing *Singh v. Holder*, 638 F.3d 1196, 1200 (9th Cir. 2011)).

3. The Clerk of Court shall enter judgment in Petitioner's favor and close this case.

**IT IS SO ORDERED**.

Dated:  April 27, 2026

_____
Honorable Linda Lopez
United States District Judge

---

[1] Petitioner requests attorney's fees and costs under the Equal Access to Justice Act [Pet. at 12], which the Court **DENIES without prejudice**.

2